1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SHARLA CERRA  (CSB #187176)
4 Assistant United States Attorney
    Federal Building Suite 7516
5     300 North Los Angeles Street
    Los Angeles, California
6     Tel. 213 894-6117
    FAX:  213 894-7819
7     Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAMELA DOVALE, | CV 07-6742 JC |
| Plaintiff, | |
| v. | **[PROPOSED] JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED:	April 11, 2008

                                          /s/
                            JAQUELINE CHOOLJIAN
                            UNITED STATES MAGISTRATE JUDGE